UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN LOCKETT** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 06-0507** |
| **MIMI SCHULTZ, ET AL.** | **SECTION: "B"(5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendant, the Jefferson Parish Community Correctional Center Medical Program, L.L.C., be dismissed without prejudice pursuant to Rule 4(m), Fed.R.Civ.P..

New Orleans, Louisiana, this 20th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE